CENOVIO . M . RAMIREZ #044972
Name and Prisoner/Booking Number

ARIZONA DEPARTMENT OF CORRECTIONS
Place of Confinement

P.O. BOX 52109
Mailing Address

PHOENIX ARIZ 85072
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Mar 22 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CENOVIO . M . RAMIREZ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) JASON MENDOZA #9372,
(Full Name of Defendant)

(2) JEREMY ENNIS #9399,

(3) PHOENIX ARIZ POLICE DEPARTMENT,

(4) PHOENIX FIRE DEPARTMENT,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-CV-00437-SPL-JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
" JURY TRIAL DEMANDED "

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CITY OF PHOENIX

Revised 3/11/16                                       1                                       **550/555**

## B. DEFENDANTS

1. Name of first Defendant: JASON MENDOZA #9372. The first Defendant is employed as: POLICE OFFICER at PHOENIX POLICE DEPARTMENT.
   (Position and Title)                            (Institution)

2. Name of second Defendant: JEREMY ENNIE #9399 The second Defendant is employed as: POLICE OFFICER at PHOENIX POLICE DEPARTMENT.
   (Position and Title)                            (Institution)

x3. Name of third Defendant: PHOENIX POLICE DEPARTMENT. The third Defendant is employed as: ? at PHOENIX FIRE DEPARTMENT.
   (Position and Title)                            (Institution)

x4. Name of fourth Defendant: CITY OF PHOENIX ARIZONA. The fourth Defendant is employed as: ? at STATE OF ARIZONA.
   (Position and Title)                            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: PLAINTIFF'S FOURTH AND FOURTEENTH UNITED STATES CONSTITUTIONAL AMENDMENTS.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. ON OCTOBER 2ND 2016 PLAINTIFF (CENOVIO.M. RAMIREZ) AND FRIEND
   2. MICHELL NICOLE WINTERS BOUGHT CONSTRUCTION MATERIALS AT
   3. 1623 E. OAK PHOENIX ARIZ 85014 THE DEFENDENTS OFFICER(S)
   4. 1) JASON MENDOZA #9372 OFFICER 2) JEREMY ENNIS #9399
   5. APPROACHED PLAINTIFFS PICK TRUCK FROM THE FRONT AND REAR
   6. GIVING NO VERBAL COMMAND(S) TO THE PLAINTIFF OFFICER 2) ENNIS #9399
   7. STRUCK THE PLAINTIFFS FROM BEHIND AND THATS ALL HE REMEMBERS IS
   8. FALLING TO THE GROUND MICHELL NICOLE WINTERS (FRIEND) WITNESSED
   9. OFFICERS 1) AND 2) BEATING THE PLAINTIFF WITH CLOSED FIST IN THE HEAD
   10. FACE AND BODY CAUSEING UNCONSCIOUSNESS, SEVERE HEAD TRAUMA
   11. AND BODY INJURIES
   12. BOTH PLAINTIFF (CENOVIO.M. RAMIREZ) AND FRIEND (MICHELL NICOLE
   13. WINTERS) WITNESS WERE ARRESTED AFTER RELEASE FROM CUSTODY (MICHELL)
   14. LOCATED PLAINTIFF AND ADVISED HIM THAT SHE (MICHELL) WITNESS
   15. TO THE BEATING OF PLAINTIFF. THAT SHE WAS AFFIAID THAT THE
   16. POLICE WAS GOING TO KILL THE PLAINTIFF.

   PAGE TWO →

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SEVERE HEAD TRAUMA AND BODY INJURIES

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. BECAUSE THIS HAPPEN IN PUBLIC

3

2

17. SHE SAID "I THOUGHT THAT THEY WOULDN'T
18. STOP BEATING YOU WITH THEIR FISTS."
19. (AS IT IS STATED IN THE POLICE REPORT)
20. UPON ARRIVAL OF EMERGENCY PARAMEDICS
21. OFFICER (1) MENDOZA #9372 STATED "HE'S
22. JUST FINE" AND DENIED PLAINTIFF OF ANY
23. MEDICAL TREATMENT FOR HEAD AND BODY
24. INJURIES PLAINTIFF COULD NOT SEE OUT
25. OF ONE EYE BECAUSE IT WAS CLOSED SHUT
26. BY THE SEVERE BRUISING DUE TO THE
27. BEATING BY OFFICERS (1) MENDOZA #9372
28. AND OFFICER (2) ENNIS #9399
29. BOTH OFFICERS ONE AND TWO ACTED IN A
30. MALICIOUS AND SADISTIC WAY KNOWING THEY
31. WERE CAUSEING PLAINTIFF GREAT HARM
32. BY ASSULT AND BATTERY, EXCESSIVE USE
33. OF FORCE NEGLIGENT SUPERVISION AND
34. CIVIL RIGHTS

## COUNT II

1. State the constitutional or other federal civil right that was violated: __PLAINTIFF'S EIGHTH UNITED STATES CONSTITUTIONAL AMENDMENTS__.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1. ON OCTOBER 2ND 2016 PLAINTIFF (CENOVIO. M. RAMIREZ) AND FRIEND
2. MICHELL NICOLE WINTERS BOUGHT CONSTRUCTION MATERIALS AT
3. 1623 E. OAK PHOENIX, ARIZ 85014 THE DEFENDENTS OFFICER(S)
4. 1) JASON MENDOZA #9372 OFFICER 2) JEREMY ENNIS #9399
5. APPROACHED PLAINTIFF'S PICK UP TRUCK FROM THE FRONT AND REAR
6. GIVING NO VERBAL COMMAND(S) TO THE PLAINTIFF. OFFICER 2) ENNIS #9399
7. STRUCK THE PLAINTIFF FROM BEHIND. AND THATS ALL HE REMEMBERS IS
8. FALLING TO THE GROUND MICHELL NICOLE WINTERS (FRIEND) WITNESSED
9. OFFICERS 1) AND 2) BEATING THE PLAINTIFF WITH CLOSED FIST IN THE HEAD
10. FACE AND BODY CAUSEING UNCONSCIOUSNESS, SEVERE HEAD TRAUMA
11. AND BODY INJURIES
12. BOTH PLAINTIFF (CENOVIO. M. RAMIREZ) AND FRIEND (MICHELL NICOLE WINTERS)
13. WITNESS WERE ARRESTED AFTER RELEASE FROM CUSTODY (MICHELL)
14. LOCATED PLAINTIFF AND ADVISED HIM THAT SHE (MICHELL) WITNESS TO
15. THE BEATING OF PLAINTIFF. THAT SHE WAS AFRAID THAT THE POLICE
16. WAS GOING TO KILL THE PLAINTIFF.

PAGE TWO

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

SEVERE HEAD TRAUMA AND BODY INJURIES

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. BECAUSE THIS HAPPEN IN PUBLIC

4

2

17. SHE SAID "I THOUGHT THAT THEY WOULDN'T
18. STOP BEATING YOU WITH THEIR FISTS."
19. (AS IT IS STATED IN THE POLICE REPORT)
20. UPON ARRIVAL OF EMERGENCY PARAMEDICS
21. OFFICER (1) MENDOZA #9372 STATED "HE'S
22. JUST FINE" AND DENIED PLAINTIFF OF ANY
23. MEDICAL TREATMENT FOR HEAD AND BODY
24. INJURIES. PLAINTIFF COULD NOT SEE OUT
25. OF ONE EYE BECAUSE IT WAS CLOSED SHUT
26. BY THE SEVERE BRUISING DUE TO THE
27. BEATING BY OFFICERS (1) MENDOZA #9372
28. AND OFFICER (2) ENNIS #9399
29. BOTH OFFICERS ONE AND TWO ACTED IN A
30. MALICIOUS AND SADISTIC WAY KNOWING THEY
31. WERE CAUSEING PLAINTIFF GREAT HARM
32. BY ASSAULT AND BATTERY, EXCESSIVE USE
33. OF FORCE NEGLIGENT SUPERVISION AND
34. CIVIL RIGHTS



## E. REQUEST FOR RELIEF

X State the relief you are seeking:
DEFENDENT (1) OFFICER MENDOZA #9372 IN THE AMOUNT OF 1,000,000.00 MILLION DOLLARS
DEFENDENT (2) OFFICER ENNIS #9399 IN THE AMOUNT OF 1,000,000.00 MILLION DOLLARS
PHOENIX POLICE DEPARTMENT IN THE AMOUNT OF 1,000,000.00 MILLION DOLLARS
CITY OF PHOENIX ARIZ IN THE AMOUNT OF 1,000,000.00 MILLION DOLLARS
PAGE (2)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-21-18
            DATE

Cenovio M. Ramz
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.



My real request for relief would be have these two officers remove from the police department. They were unproffessional officer 1) Mendoza has no medical training to tell medical technicians I was ok. I want this offiers fond liable for negligence from excessive force on me. I suffer from psychological trauma, mental stress. And feel they are out to get me. I wake up in cold sweats, yelling in my sleep. Bad dreams about the beating in fear for the safty of my family. And sometimes I fill like taking my own life I fill I have a traumatic brain injury.